IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAR 23 A 9:34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Charles Hicks #246241 )
Full name and prison number )
of plaintiff(s) )
)
v. )
) CIVIL ACTION NO. 2:07cv257-T
Alabama Dept. Of Correction ) (To be supplied by Clerk of
et, al., Warden John Cummings ) U.S. District Court)
Captain Harold Burton )
Classification Ms. Debra )
Martin, Commissioner Richard Allen )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES (✓)  NO ( )

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES (✓)  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) Charles Hicks #246241

            Defendant(s) Ala. Dept. Of Corrections and The Prison Health Services of Franklin, Tenn.

        2.  Court (if federal court, name the district; if state court, name the county) The Middle District Court, Montgomery County, Alabama.

3. Docket number _____

4. Name of judge to whom case was assigned _Judge Charles Goody._

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Still Pending._

6. Approximate date of filing lawsuit _Oct of 2006._

7. Approximate date of disposition _Oct of 2006._

II. PLACE OF PRESENT CONFINEMENT _Frank Lee Youth Center, P.O. Box 220410, Deatsville, Alabama 36022._

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Frank Lee Youth Center, P.O. Box 220410, Deatsville, Alabama 36022._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS

1. Ala. Dept. of Corrections    301 S. Ripley St. Montgomery, Al
2. Commissioner Richard Allen   301 S. Ripley St. Montgomery, Al
3. Warden John Cummings         P.O. Box 220410, Deatsville, Al 36022
4. Captain Harold Burton        P.O. Box 220410, Deatsville, Al 36022
5. Classifications Specialist Ms. Debra Martin, P.O. Box 220410, Deatsville 36022
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _It happen on March 13, 2007 at Frank Lee Youth Center._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Ms. Debra Martin violated my constitutional rights by stopping me from going to work release._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On March 13th 2007 at 3:37 p.m. Ms. Debra Martin fell too comply with what her job requires. I've met all of the criteria that i need so I can go on too work release. I finish SAP and I have a degree from college in Barbering. On that day she reviewed me for work release and started cursing at me and told me to leave.

GROUND TWO: I felt that my Civil Rights was violated.

SUPPORTING FACTS: I have been here ever since June of 2006. My six months review was in November of 2006. But she did not review me in November of 2006. I just now asked her too review me on the 13th day of March of 2007. She is trying too hold me here because i have a Lawsuit against her on another case.

GROUND THREE: Their not allowing any Legal Mail Too leave the Institution without looking in them.

SUPPORTING FACTS: I have Legal Papers from the courts too show you. I would like for the postmaster General too prove that the Legal Mail has been messed with. One of my cases has been dismissed because my mail took too long too get there.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like for the court too sue for damages. For the U.S. Dept of Justice to get me out of prison and also put warrants on these people. To see justice done. To make Ms. Martin to send me to workrelease.

*Charles Hicks #246241*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on March 19, 2007
(Date)

*Charles Hicks #246241*
Signature of plaintiff(s)



Charles Hicks #246241
Frank Lee Youth Center
P.O. Box 220410
Deatsville, Al 36022
Dorm Bed 23A

THIS CORRESPONDENCE IS FORWARDED FROM AN ALA. STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE AL DEPT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENTS THEREIN.

The Clerks office of The United States District Courthouse Middle District
Atten !!! Clerk Office
P.O. Box 711
Montgomery, Al 36101