## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Harold Burton, Captain
   Frank Lee Youth Center
   PO Box 220410
   Deatsville, AL 36022

   07cv257 C+OP

2. Article Number (Transfer from service label): 7006 2760 0002 8193 4201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Horace Burton* ☑ Agent ☐ Addressee
B. Received by (Printed Name): Horace Burton Jr
C. Date of Delivery: 3/27/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Debra Martin
   Classification Specialist
   Frank Lee Youth Center
   PO Box 220410
   Deatsville, AL 36022

   07cv257 C+OP

2. Article Number (Transfer from service label): 7006 2760 0002 8193 4218

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Horace Burton Jr* ☐ Agent ☐ Addressee
B. Received by (Printed Name): Horace Burton Jr
C. Date of Delivery: 3/27/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John Cummings, Warden
   Frank Lee Youth Center
   PO Box 220410
   Deatsville, AL 36022

   07cv257 C+OP

2. Article Number (Transfer from service label): 7006 2760 0002 8193 4195

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Horace Burton Jr* ☐ Agent ☐ Addressee
B. Received by (Printed Name): Horace Burton
C. Date of Delivery: 3/27/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540