3/28/07

In The District Court of The United States
For The Middle District of Alabama
Northern Division

RECEIVED
2007 MAY -2 A 9:31

| Charles Hicks #246241 | |
| Plaintiff, | |
| v. | Civil Action: 2:07-CV-257-MHT |
| Alabama Dept. Of Corrections, et al., | |
| Defendants, | |

## A Motion for Leave To Amend!!!

A 42 U.S.C § 1983 action has been filed by a person incarcerated in an institution of the State of Alabama alleging a violating of civil rights with respect to action taken against him at the Frank Lee Youth Center. Specifically, Hicks complains that (i) he has been denied a more favorable classification level in retaliation for filing a previous lawsuit and (ii) the Defendants are tampering with his Legal Mail causing dismissal of one of his cases. The Magistrate Judge has reviewed the complaint and determined that this pleading cannot be properly and effectively processed by the court without further additional

over

3/28/07

information from defendants Allen, Cummings, Burton and Martin. Accordingly, it is hereby Ordered that:

1) How Debra Martin has violated my civil rights and Constitution Rights. I would like to show how she is not doing her job at all. Also too show that she is following the Classification Manual at all. I would like for the court too make her review my files and too put me in for work release or for an early parole so I can go home. I would like for justice too be done. I am also asking for relief and also money for all of the pain and suffering that i have been through ever since June of 2006 until now.

2) And too make sure an inmate should be awarded incentives and considered Community Custudy after he has finish the requirements here at Frank Lee Youth Center for work release.

Certificate of Service

over

3)

3/28/07

I hereby Certify that a copy of the forgoing Amendment to Complaint has been served upon the District Court and a copy has served upon the Defendants Attorney Placing the said same in The U.S. Mail by Frank Lee Youth Center properly addressed and postage prepaid this the <u>28th</u> Day of <u>March</u> 2007.

Charles Hicks #246241
Frank Lee Youth Center
P.O. Box 220410
Deatsville, AL 36022
C Dorm - #23A

Charles Hicks #246241
Station ( Unrestricted
P.O. Box 56
Elmore, AL 36025

MONTGOMERY AL 361
01 MAY 2007 PM 3 T

Office of the Clerk
United States District Court
Attention: U.S. District Clerk Office
P.O. Box 711
Montgomery, AL 36101-0711

3/28/07

In The District Court of the United States
For The Middle District of Alabama
Northern Division

RECEIVED
2007 MAY -2 A 9:31

Charles Hicks #246241
    Plaintiff,

v.

Alabama Dept. of
Corrections, et al.,
    Defendants,

Court No: 2:07-cv-257-MHT

"Amendment To Complaint"

A 42 U.S.C. 1983 was filed by me the Plaintiff, who is incarcerated at Frank Lee Youth Center, P.O. Box 220410, Deatsville, Alabama 36022. An institute of the State of Alabama, I am alleging that my Civil Rights were violated by the Defendants. By her failure to add here too her job description, and her continued failure to address too the Alabama Department of Corrections Classifications Regulations Responding the Classifications of level II inmate which is the Plaintiff Charles Hicks.

over

3/28/07

1) How Debra Martin has violated the Plaintiff Civil Rights, And Constition Rights. do that she has not proformed her job description as directed in the Alabama Depatment of Corrections Regulation Classification Manual.

2) Also the Classification Manual Regulation Regarding the Criteria for Custody and the Criteria for work-Release Placement. Ms. Martin has her own rules and if she determine that and inmate is not aware of the Classifications Regulations. She will not proform her job description, to place the inmate in for advance next level but hinders.

3) Once an inmate has been place in this Custody States. That I am new here at Frank Lee Youth Center. He has abided by all the Rules And Regulations. And demostrated that he is a model prisoner. And the Criteria says one should be awarded incentives. And Considered for Community Crustudy which Consist of.

over

3/28/07

4) Being assigned to a job task in the Community, without the supervision of a Security officer. Other words one is trusted another. Ms. Debra Martin denies me these previlagues because of the previous Lawsuits I have filed against her. And she has not reviewed my files. As required in the Regulations. She wants me too continue taking the same courses repeatly which is not Recommonded by the program Director for the Alabama Department of Corrections.

### Certificate of Service

I hereby Certify that a copy of the forgoing Amendment to Complaint has been served upon the District Court and a copy has served upon the Defendants Attorney Placing. The said same in the U.S. Mail by Frank Lee Youth Center properly addressed and postage prepaid this the 28th Day of March 2007.

Charles Hicks #246241
Frank Lee Youth Center
P.O. Box 220410
Deatsville, Al 36022
C Dorm #23A