3/28/07

In The District Court of the United States
For The Middle District of Alabama
Northern Division

2007 MAY -2 A 9:31

Charles Hicks #246241
   Plaintiff,

v.

Alabama Dept. of
Corrections, et al.,
   Defendants,

Court No: 2:07-CV-257-MHT

"Amendment To Complaint"

A 42 U.S.C. 1983 was filed by me the Plaintiff, who is incarcerated at Frank Lee Youth Center, P.O. Box 220410, Deatsville, Alabama 36022. An institute of the State of Alabama, I am alleging that my Civil Rights were violated by the Defendants. By her failure to add her too her job description, and her continued failure to address too the Alabama Department of Corrections Classifications Regulations Responding the Classifications of level II inmate which is the Plaintiff Charles Hicks.

over

3/28/07

1) How Debra Martin has violated the Plaintiff Civil Rights, And Constition Rights, so that she has not proformed her job description as directed in the Alabama Depatment of Corrections Regulation Classification Manual.

2) Also the Classification Manual Regulation Regarding the Criteria for Custody and the Criteria for work-Release Placement. Ms. Martin has her own rules and if she determine that and inmate is not aware of the Classifications Regulations. She will not proform her job description, to place the inmate in for advance next level but hinders.

3) Once an inmate has been place in this Custody States. That I am new here at Frank Lee Youth Center. He has abided by all the Rules and Regulations. And demostrated that he is a model prisoner. And the Criteria says one should be awarded incentives. And considered for Community Crustudy which Consist of.

over

3/28/07

4) Being assigned to a job task in the Community, without the supervision of a Security officer. Other words one is trusted another. Ms. Debra Martin denies me these previlages because of the previous Lawsuits I have filed against her. And she has not reviewed my files. As required in the Regulations. She wants me too continue taking the same courses repeatdly which is not Recommonded by the program Director for the Alabama Department of Corrections.

### Certificate of Service

I hereby Certify that a copy of the forgoing Amendment to Complaint has been sewed upon the District Court and a copy has sewed upon the Defendants Attorney Placing. The said same in the U.S. Mail by Frank Lee Youth Center, properly addressed and postage prepaid this the 28th Day of March 2007.

Charles Hicks #246241
Frank Lee Youth Center
P.O. Box 220410
Deatsville, Al 36022
C Dorm - #23A