IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES HICKS, #246241, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-257-MHT |
| | ) | |
| JOHN CUMMINGS, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON MOTION**

Upon review of the amended special report filed by defendant Debra Martin on May 11, 2007 (Court Doc. No. 14), and for good cause, it is

ORDERED that on or before May 31, 2007 the aforementioned defendant shall file a supplement to this report which contains an affidavit from defendant Debra Martin which addresses the plaintiff's claims that she has denied him a less restrictive classification level due to his filing civil actions with this court.

Done this 11th day of May, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE