IN THE DISTRICT COURT OF THE UNITRD STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES HICKS,# 246241)
    PLANTIFF,)
    V.                        CIVIL ACTION NO. 2: 07-CV-
ALABAMA DEPT. OF CORRECTIONS, et al.,   257- MHT

    DEFENDANTS,

AFFIDAVIT

    Before me, the undersigned authority, a Notary Public in and said county, personally appeared Charles Hicks, who being known by me and first duly sworn, deposes and says on oath as follows:

    My name is Charles Hicks and I am a nimate at Staton Correctional Facility in Elmore, Alabama at the present time. I am over the age of Twenty- one(21) years of age and I have personal knowledge of the facts set forth herein.

    1) Ihave proff where the Defendant Martin violated my Civil and Constitutional Rights and has not performed her job as directed by the State of Alabama at all.

    2) Defendant Martin does not classifies every inmates in accordance with the ADOC Classifications Manual Criteria at all.

    3) Defendant Martin denied Plaintiff all privileges because I filed a previous lawsuit against her and she also lied on some other things, too.

                                                      CHARLES HICKS# 246241

STATE OF ALABAMA)
ELMORE COUNTY)

SWORN AND SUBSCRIBED BRFORE ME AND GIVEN UNDER BY HAND AND OFFICIAL SEAL THIS, THE _____ DAY OF _____, 2007.

                                              Notary Public

Charles Hicks #246241 E2-9A
Staton Correctional Facility
P.O. Box 56
Elmore, Al 36025

MONTGOMERY AL 361
07 JUN 2007 PM 3 T

The Office of The Clerk
The United States Middle District Court
Attention:'s Clerk Office
P.O. Box 711
Montgomery, AL 36101-0711