IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES HICKS #246241 )
_____, )
  )
       Plaintiff, )
  )
v. ) CASE NO. 2:07-CV-257-MHT
  )
DEBRA MARTIN )
_____, )
  )
       Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Debra Martin, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                   Relationship to Party

_____                 _____
_____                 _____
_____                 _____

12/17/2007                          /s/ Tara S. Knee
Date                                (Signature)

                                    Tara S. Knee
                                    (Counsel's Name)

                                    Debra Martin
                                    Counsel for (print names of all parties)
                                    P.O. Box 301501
                                    Montgomery, AL 36130
                                    Address, City, State Zip Code
                                    334-353-3881
                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, Tara S. Knee, do hereby Certify that a true and correct copy of the foregoing has been furnished by US Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th day of December 20 07, to:

Inmate Charles Hicks

AIS # 246241

Alex City Communtiy Work Center

P.O. Drawer 160

Alex City, AL 35011

12/17/2007
Date

/s/ Tara S. Knee
Signature