IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, et al, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:07-CV-00257-MHT ) |
| JOHN CUMMINGS, et al. , | ) ) |
| Defendant, | ) ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW John Cummings, Harold Burton and Richard Allen, Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[XX]  These parties are individuals, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                               Relationship to Party

_____     _____

_____     _____

_____     _____


February 26, 2008
_____                 /s/ Tara S. Knee
Date                                                      Counsel Signature

John Cummings, Harold Burton,
Richard Allen
Counsel for (print names of all parties)

301 South Ripley Street
Montgomery, AL 36130
Address, City, State Zip Code
Telephone Number – 334-353-3881

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Tara S. Knee, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, first class, postage prepaid, on this 26th day of February, 2008, to:

**Charles Hicks**
AIS 246241
Alethia House
201 Findley Avenue West
Birmingham, AL 25204

_February 26, 2008                /s/ Tara S. Knee_____
        Date                                              Signature