# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 27, 2008

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Hicks v. Cummings et al**

**Case Number:    2:07-cv-00257-MHT**

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to reflect the correct service address for the plaintiff.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 22   filed on    February 27, 2008.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

CHARLES HICKS, et al_____,          )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )          CASE NO. 2:07-CV-00257-MHT
                                          )
JOHN CUMMINGS, et al._____,           )
                                          )
            Defendant,                    )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW John Cummings, Harold Burton and Richard Allen, Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ XX    These parties are individuals, or

☐       This party is a governmental entity, or

☐       There are no entities to be reported, or

☐       The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____            _____

_____            _____

_____            _____

_____            _____

February 26, 2008
_____                           _/s/ Tara S. Knee_____
        Date                               Counsel Signature

                                           John Cummings, Harold Burton,___
                                           Richard Allen
                                           Counsel for (print names of all parties)

                                           301 South Ripley Street
                                           Montgomery, AL 36130
                                           Address, City, State Zip Code
                                           Telephone Number – 334-353-3881

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## **CERTIFICATE OF SERVICE**

I, Tara S. Knee, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, first class, postage prepaid, on this 26th day of February, 2008, to:

**Charles Hicks**
AIS 246241
Alethia House
201 Findley Avenue West
Birmingham, AL 25204

_February 26, 2008                    /s/ Tara S. Knee_____
         Date                                           Signature