IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES HICKS, # 246241, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv257-MHT |
| | ) | |
| JOHN CUMMINGS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In this 42 U.S.C. § 1983 action, the plaintiff, a state inmate, complains that his constitutional rights were violated when he was denied reclassification to work release. It appears from a review of the complaint as amended, that the only remedy the plaintiff seeks is injunctive relief, including being assigned to work release. On July 20, 2007, the plaintiff filed a notice of change of address indicating that an assignment to Alexander City Community Base work release program. The court, therefore, concludes that the plaintiff should show cause why this case should not be dismissed as moot. *County of Los Angeles v. Davis*, 440 U.S. 625 (1979). Accordingly, it is

ORDERED that, on or before May 28, 2008, the plaintiff shall show cause why this case should not be dismissed for mootness.

Done this 13th day of May, 2008.

                                        /s/Charles S. Coody
                                    CHARLES S. COODY
                                    UNITED STATES MAGISTRATE JUDGE