IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, # 246241,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | CIVIL ACTION NO.  2:07cv257-MHT |
| ) | (WO) |
| JOHN CUMMINGS, *et al.*,    ) | |
| ) | |
| Defendants.    ) | |

## ORDER

On June 6, 2008 (Doc. # 25), the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED that the recommendation (Doc. # 25) is adopted and that this case is dismissed.

It is further ORDERED that the costs of this proceeding are taxed against the plaintiff, for which execution may issue.

DONE, this the 27th day of June, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE